■ THE PEOPLE OF THE STATE OF NEW YORK Respondent, v NATHAN LEMLER, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered April 17, 1974, convicting him of grand larceny in the second degree (20 counts), upon a jury verdict, and imposing sentence. Judgment modified, on the law, by deleting therefrom the fines imposed. As so modified, judgment affirmed. We find no basis in this record for the imposition of fines. Hopkins, Acting P. J., Latham, Brennan and Shapiro, JJ., concur.